**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
In re:                          )   Chapter 7
                                )
NWL HOLDINGS, INC., et al.,     )   Case No. 08-12847 (MFW)
                                )
            Debtors.            )
_____ )
                                )
ALFRED T. GIULIANO, TRUSTEE     )
                                )
            Plaintiff,          )
                                )
    v.                          )   Adv. No. 10-53535 (MFW)
                                )
RPG MANAGEMENT, INC.,           )
                                )
            Defendant.          )
_____ )
```

## O R D E R

**AND NOW,** this **4th** day of **June, 2013,** upon consideration of the Motion for Partial Summary Judgment filed by RPG Management, Inc. and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motion for Summary Judgment is **GRANTED** as to TRANSFERS 1-3 of COUNT 1 of the Complaint; and it is further

**ORDERED** that the Motion for Summary Judgment is **DENIED** as to TRANSFER 4 of COUNT 1 of the Complaint; and it is further

**ORDERED** that the Motion for Summary Judgment is **DENIED** as to COUNT 5 of the Complaint.

BY THE COURT:

_____
Mary F. Walrath
United States Bankruptcy Judge

cc: Michael A. Miranda, Esquire[1]

---

[1] Counsel shall distribute a copy of this Order and the accompanying Memorandum Opinion to all interested parties and file a Certificate of Service with the Court.

**SERVICE LIST**

Michael A. Miranda, Esquire
Robert E.B. Hewitt, Esquire
Miranda Sambursky Slone Sklarin Verveniotic, LLP
240 Mineola Blvd.
Mineola, NY 11501
Counsel for Defendant

Norman E. Levine, Esquire
2961 Centerville Rd., Suite 302
Wilmington, DE 19808
Counsel for Defendant

John V. Fiorella, Esquire
Jeffrey N. Medio, Esquire
Archer & Greiner
300 Delaware Ave., Suite 1370
Wilmington, DE 19801
Counsel for Alfred T. Giuliano, Chapter 7 Trustee